# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

| | |
|---|---|
| HONORABLE DANIEL R. DOMÍNGUEZ | Date: March 22, 2011 |
| COURTROOM DEPUTY: Omar FLAQUER | **CR NO: 11-071-01 (DRD)** |
| COURT REPORTER: Yvette RICHARDSON | |
| COURT INTERPRETER: Not required | |

Attorneys:

UNITED STATES OF AMERICA      Brent SNYDER, U.S. Dept. Of Justice

v.

HORIZON LINES, LLC            Nereida MELENDEZ, ESQ.
                              John M. NANNES, ESQ.

Present at today's proceedings was Robert S. Zuckerman, Senior Vice President, General Counsel, and Secretary of the defendant corporation, Horizon Lines, LLC.

**CASE CALLED FOR SENTENCE**. The United States and the defendant corporation requested immediate imposition of sentence. Petition was granted. Hence, the Court proceeded to exercise its sentencing authority under Title 18, U.S. Code § 3553, without a presentence investigation report, as authorized by Rule 32(c)(1)(A)(ii), of the Federal Rules of Criminal Procedures and Guideline Section 6A1.1.

The Court ordered that the Horizon Lines, LLC **Secretary's** Certificate and resolution filed at today's proceedings shall be included with the **Assistant Secretary's** Certificate and Resolution filed at Docket Entry No. 2.

**IT IS THE JUDGMENT OF THE COURT** as to count One (1).

**TERM OF PROBATION IMPOSED** of Five (5) years, and fined in the amount of $45,000,000. The defendant shall pay the imposed fine during the probationary period. Fine payments shall be no less than: one million dollars ($1,000,000) during the first thirty (30) days of probation; one additional million dollars ($1,000,000) on or before the completion of the first year of probation; three million dollars ($3,000,000) during the second year of probation; five million dollars ($5,000,000) during the third year of probation; fifteen million dollars ($15,000,000) during the fourth year of probation; and a final payment of twenty million dollars ($20,000,000) prior to the expiration of the probationary term. First payment shall be paid within thirty (30) days of judgment being entered in this particular case.

Special Monetary Assessment of $400 was imposed as required by law.

All terms and conditions imposed at today's proceedings shall be specified in the judgment form. The defendant corporation was advised of their right to appeal, etc.

S/ *Omar Flaquer Mendoza*
Omar Flaquer Mendoza
Case Manager/Courtroom Deputy Clerk